# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0242.  MATTHEW JOSHUA HALL v. THE STATE.**

Matthew Joshua Hall, proceeding pro se, pled guilty to child molestation and aggravated child molestation, and the trial court entered the judgment of conviction and sentence on April 9, 2018.  Hall filed this appeal of the judgment on May 17, 2018.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court judgment or order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Hall filed his appeal 38 days after the trial court entered the judgment. Therefore, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/09/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*